**SO ORDERED.**
**SIGNED this 18th day of January, 2017**



_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION
_____

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DERON LITTLE, | ) | Bankruptcy No. 3:16-bk-31247-SHB |
|     Debtor. | ) | Chapter 13 |
| | ) | |
| KELSEY R. WOOD, | ) | |
|     Plaintiff, | ) | AP No. 3:16-ap-03022-SHB |
| | ) | |
| v. | ) | |
| | ) | |
| DERON LITTLE, | ) | |
|     Defendant. | ) | |

_____

**AGREED ORDER FOR ENTRY OF JUDGMENT**
_____

Plaintiff, Kelsey R. Wood ("Plaintiff"), and Defendant, Deron Little ("Defendant"), jointly and mutually agree that judgment shall be entered against the Defendant for the amount Plaintiff is entitled to receive under the parties' "Agreement for Sale of LLC Interest" dated April 19, 2016, said amount being the greater of $79,000.00 or $15,000.00 plus four percent (4%) of the Gross Sales of

Season's Innovative Bar and Grille (owned by BIC Ventures, LLC, hereinafter the "Business") for a period of twelve (12) months (from April 1, 2016 through March 31, 2017); plus the applicable Federal rate of interest for judgments from the date of entry of this judgment unless paid under Defendant's Amended Plan. Parties further agree that Defendant shall provide Plaintiff with gross receipts by means of a copy of the monthly operating reports for the time period covered by this judgment on or before April 30, 2017 accompanied with an affidavit certifying that the total gross receipts presented to Plaintiff represents a true and accurate statement of gross receipts presented to Plaintiff as received by the Business during the applicable time period.

Plaintiff has agreed to stay execution and collection of this judgment as long as Defendant is a debtor under the related Bankruptcy Case No. 3:16-bk-31247-SHB. Plaintiff shall be entitled to pursue execution and collection of this judgment upon dismissal of Defendant's Chapter 13 case for any reason. Defendant has agreed that this judgment is not dischargeable in the aforementioned related bankruptcy case, any conversion of said bankruptcy case to a Chapter 7 bankruptcy case or any future bankruptcy filed by Defendant.

Based on the agreement of the parties, **IT IS ORDERED, ADJUDGED and DECREED** by the Court, that:

1. Plaintiff Kelsey Wood shall have a judgment against Defendant Deron Little in an amount equal to the greater of $79,000.00 or $15,000.00 plus four percent (4%) of the Gross Sales of Season't Innovative Bar and Grill (owned by BIC Ventures, LLC, hereinafter, the "Business") for a period of twelve (12) months (from April 1, 2016 through March 31, 2017);

2. Payment of the $64,000.00 claim filed on behalf of Kelsey Wood (which reflects payment of the $15,000.00) shall be paid by Gwendolyn M. Kerney, the Standing Chapter 13

Trustee, as a general unsecured debt;

      3.      In the event the operating reports of the Business as filed with the Chapter 13 Trustee's office reflect that the gross sales for the 12 month period ending March 31, 2017 exceeds $1,600,000.00, Plaintiff shall be entitled to 4% of such excess as part of this Agreed Judgment;

      4.      Defendant shall pay the amount exceeding 4% of the gross sales of the Business as set forth above direct to the Plaintiff in 24 equal installments beginning May 1, 2017;

      5.      Defendant shall pay the applicable Federal statutory rate of interest for judgments from the date of entry of this judgment, if the $64,000.00 is not paid through this Chapter 13 bankruptcy;

      6.      On or before April 30, 2017, Defendant shall provide Plaintiff with gross receipts of the Business for the time period of April 1, 2016 through March 31, 2017, accompanied with an affidavit from Defendant certifying that the total gross receipts presented to Plaintiff represent a true and accurate total of gross receipts for the Business;

      7.      Plaintiff shall stay execution or any collection attempt of this judgment while Defendant is in Chapter 13 Bankruptcy Case No. 3:16-bk-31247-SHB;

      8.      Plaintiff shall be entitled to pursue execution and collection of this judgment upon dismissal of Defendant's Chapter 13 case for any reason; and

      9.      This judgment shall not be discharged in the aforementioned related case, any conversion of said bankruptcy case to a Chapter 7, or any future bankruptcy filed by Defendant.

APPROVED FOR ENTRY:

*/s/ Dustin R. Landry w/perm WMB*
DUSTIN R. LANDRY, BPR #026422
THE ADAMS LAW FIRM
8517 Kingston Pike
Knoxville, TN 37919
(865) 531-6440
Attorney for Plaintiff


*/s/ Wade M. Boswell*
WADE M. BOSWELL, BPR #000572
507 S. Gay Street, Ste. 1215
Knoxville, TN 37902
(865) 633-5353
Attorney for Defendant